[No. 63814-9-I.   Division One.   October 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNELL WAYNE PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04159-5, Frederick W. Fleming, J., entered October 19, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Leach, JJ. Now published at 154 Wn. App. 480.

[No. 63832-7-I.   Division One.   October 12, 2009.]

*In the Matter of the Marriage of* JOHN ARNOLD ALWIN, *Appellant*, and HEMING ALWIN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-01133-2, Linda CJ Lee, J., entered May 9, 2008. *Remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.

[No. 63843-2-I.   Division One.   October 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN D. SAVAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00442-6, Toni A. Sheldon, J., entered July 14, 2008. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Lau, J.

[No. 37120-1-II.   Division Two.   October 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GUADALUPE SOLIS-DIAZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00543-3, Nelson E. Hunt, J., entered December 17, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Korsmo, J.